UNITED STATES of America, Plaintiff—Appellee,

v.

Kelvin JOHNSON, Defendant—Appellant.

No. 08–8273.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2009.

Decided: July 21, 2009.

Kelvin Johnson, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Johnson appeals the district court's orders granting his 18 U.S.C. § 3582(c)(2) (2006) motion and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, No. 0:98–cr–00360–CMC–6 (D.S.C. Oct. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*